# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ELIJAH NEAL, | § § | |
| Petitioner, | § § | |
| v. | § § § | Civil Action No. 2:23cv00853 |
| WARDEN MARTINEZ, | § § § | |
| Respondent. | § § § | |

## DECLARATION OF ASHLEY WHITE

In accordance with the provisions of section 1746 of title 28, United States Code, I, the undersigned, Ashley White, hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I have been employed by the United States Department of Justice, Federal Bureau of Prisons (BOP) since November 2010. I have held the position of Deputy Case Management Coordinator (DCMC) at the Federal Correctional Complex in Oakdale, Louisiana (FCC Oakdale) with the BOP from December 2019 to the present.

2. I make this declaration in the case concerning the Petitioner by Elijah Neal, federal register Number 25100-016. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties. As part of my duties, I have access to the BOP's databases of 1) Electronic Inmate Central Files, 2) SENTRY, and 3) Administrative Remedy information.

3. It is my understanding inmate Neal has filed the above-titled action claiming eligibility for the earning and application of First Step Act (FSA) Earned Time Credits (ETC).

Specifically, I understand Neal claims the agency has wrongly denied him FSA eligibility.

4. As a DCMC at FCI Oakdale, I have oversight and assist staff and inmates with the policy and procedures of the BOP. I am familiar with the BOP's policy requirements as it pertains to FSA ETC. Neal is currently confined within the custody of the BOP, and is serving his custodial sentence at FCI Oakdale.

5. The District of Columbia sentenced Neal to multiple terms of confinement for various District of Columbia Code offenses. (Attachment 1, copy of Public Information Data for Neal, Elijah 17168-111). Neal is housed within the BOP as a result of the United States taking custodial responsibility of all District of Columbia jurisdiction offenders. He is considered a D.C. Code inmate. (Atch. 1).

6. Inmates routinely undergo FSA Time Credit Assessments, and a worksheet documenting that review is created and stored in the inmate's Central File. When the BOP started considering the inmate population's eligibility for FSA Time Credits, inmate Neal was originally deemed ineligible to earn FSA ETC due to the fact he was serving a sentence for a District of Columbia offense. (Attachment 2, a copy of Neal, Elijah 25100-016 FSA Time Credit Assessments dated October 5, 2023).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this  20  day of October, 2023

*Ashley White*
Ashley White
Federal Correctional Institution - Oakdale
Federal Bureau of Prisons

2

# Attachment 1

```
HOUAD              *        PUBLIC INFORMATION          *     10-20-2023
PAGE 001           *             INMATE DATA            *     07:49:37
                             AS OF 10-20-2023


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                   RESP OF: OAK
                   PHONE..: 318-335-4070    FAX: 318-215-2688
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  48
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 10-31-2027                     PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
HOUAD            *          PUBLIC INFORMATION          *       10-20-2023
PAGE 002         *               INMATE DATA            *       07:49:37
                             AS OF 10-20-2023


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                     RESP OF: OAK
                     PHONE..: 318-335-4070   FAX: 318-215-2688
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-30-2027

THE INMATE IS PROJECTED FOR RELEASE: 10-31-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2005 FEL 007074
JUDGE...........................: MORIN
DATE SENTENCED/PROBATION IMPOSED: 02-02-2007
DATE COMMITTED..................: 04-04-2007
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00         $200.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  606     DC CARRYING DEADLY WEAPON
OFF/CHG: 22-3215;UNAUTHORIZED USE OF A VEHICLE
         22-303;DESTRUCTION OF PROPERTY

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     18 MONTHS
 TERM OF SUPERVISION............:      1 YEARS
 DATE OF OFFENSE................: 11-22-2005




G0002       MORE PAGES TO FOLLOW . . .
```

```
HOUAD            *         PUBLIC INFORMATION           *     10-20-2023
PAGE 003         *            INMATE DATA               *     07:49:37
                            AS OF 10-20-2023


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY


                    RESP OF: OAK
                    PHONE..: 318-335-4070   FAX: 318-215-2688
-------------------------CURRENT COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 07-02-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-02-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 02-02-2007
TOTAL TERM IN EFFECT............:     18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 11-22-2005

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     12-07-2005   12-15-2005
                                     05-08-2006   02-01-2007

TOTAL PRIOR CREDIT TIME.........: 279
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 70
TOTAL GCT EARNED................: 70
STATUTORY RELEASE DATE PROJECTED: 08-18-2007
ELDERLY OFFENDER TWO THIRDS DATE: 04-28-2007
EXPIRATION FULL TERM DATE.......: 10-27-2007
TIME SERVED.....................:      1 YEARS      3 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.2
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 08-18-2007
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: CJE

DAYS REMAINING..................: 70
FINAL PUBLIC LAW DAYS...........: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
HOUAD           *       PUBLIC INFORMATION        *      10-20-2023
PAGE 004        *            INMATE DATA          *      07:49:37
                          AS OF 10-20-2023

REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                   RESP OF: OAK

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-30-2027

THE INMATE IS PROJECTED FOR RELEASE: 10-31-2027 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION..........: MARYLAND
DOCKET NUMBER..................: PJM-97-0359
JUDGE..........................: MESSITTE
DATE SENTENCED/PROBATION IMPOSED: 12-30-1997
DATE SUPERVISION REVOKED.......: 10-29-2008
TYPE OF SUPERVISION REVOKED....: REG
DATE COMMITTED.................: 03-25-2009
HOW COMMITTED..................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED..............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $1,080.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  551     18:2113 ROBBERY BANK
OFF/CHG: 18:2113(A)(F) BANK ROBBERY

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 07-10-1997

---------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: 2006 CF2 9026
JUDGE..........................: RICHTER
DATE SENTENCED/PROBATION IMPOSED: 10-22-2007
DATE COMMITTED.................: 12-05-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
HOUAD           *       PUBLIC INFORMATION      *       10-20-2023
PAGE 005        *          INMATE DATA          *       07:49:37
                         AS OF 10-20-2023


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                 RESP OF: OAK
                 PHONE..: 318-335-4070   FAX: 318-215-2688
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00        $250.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  606     DC CARRYING DEADLY WEAPON
 OFF/CHG: POSSESSION OF PROHIBITED WEAPON,UNLAWFUL POSSESSION OF F/A,
          OFFENSE COMMITTED DURING RELEASE

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     24 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 05-07-2006

---------------------CURRENT JUDGMENT/WARRANT NO: 060 -----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: RWT 8:11-CR-040-001
JUDGE...........................: TITUS
DATE SENTENCED/PROBATION IMPOSED: 06-07-2011
DATE COMMITTED..................: 06-20-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $50,580.00




G0002       MORE PAGES TO FOLLOW . . .
```

```
HOUAD          *         PUBLIC INFORMATION         *      10-20-2023
PAGE 006       *            INMATE DATA             *      07:49:37
                         AS OF 10-20-2023
```

REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

```
                  RESP OF: OAK
                  PHONE..: 318-335-4070   FAX: 318-215-2688
```
-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  551      18:2113 ROBBERY BANK
OFF/CHG: 18:2113(A)&)(D) BANK ROBBERY, CT1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   235 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO ALL OTHERS
 DATE OF OFFENSE................: 01-30-2006


-------------------------CURRENT COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 02-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010, 050 010, 060 010

DATE COMPUTATION BEGAN..........: 10-22-2007
AGGREGATED SENTENCE PROCEDURE...: PLRA / DC SRAA ADULT AGGREGATE SENTENCE
TOTAL TERM IN EFFECT............:   286 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    23 YEARS     10 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 07-10-1997

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    12-16-2005   01-23-2006
                                    05-07-2006   05-07-2006
                                    08-19-2007   10-21-2007




G0002       MORE PAGES TO FOLLOW . . .

```
HOUAD            *        PUBLIC INFORMATION        *     10-20-2023
PAGE 007         *           INMATE DATA            *     07:49:37
                          AS OF 10-20-2023


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                     RESP OF: OAK
                     PHONE..: 318-335-4070    FAX: 318-215-2688
TOTAL PRIOR CREDIT TIME.........: 104
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1286
TOTAL GCT EARNED................: 864
STATUTORY RELEASE DATE PROJECTED: 10-31-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-30-2023
EXPIRATION FULL TERM DATE.......: 05-09-2031
TIME SERVED.....................:       16 YEARS     3 MONTHS     11 DAYS
PERCENTAGE OF FULL TERM SERVED..:  68.3
PERCENT OF STATUTORY TERM SERVED:  80.1

PROJECTED SATISFACTION DATE.....: 10-31-2027
PROJECTED SATISFACTION METHOD...: GCT REL




G0002         MORE PAGES TO FOLLOW . . .
```

```
 HOUAD            *         PUBLIC INFORMATION         *    10-20-2023
PAGE 008          *             INMATE DATA            *    07:49:37
                            AS OF 10-20-2023
```

REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                   RESP OF: OAK

HOME DETENTION ELIGIBILITY DATE: 02-18-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-13-2005 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F3567-97
JUDGE..........................: WEISBERG
DATE SENTENCED/PROBATION IMPOSED: 03-05-1999
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 03-05-1999
HOW COMMITTED..................: DC SUPERIOR COURT COMT
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  606    DC CARRYING DEADLY WEAPON
OFF/CHG: 22 DCC 3204 POSSESSION OF A PROHIBITED WEAPON

 SENTENCE PROCEDURE.............: DC CODE OMNIBUS MISDEMEANOR > 180 DAYS
 SENTENCE IMPOSED/TIME TO SERVE.:     1 YEARS
 DATE OF OFFENSE................: 04-24-1997

-------------------------PRIOR OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  606    DC CARRYING DEADLY WEAPON
OFF/CHG: 22 DCC 3204 UNLAWFUL POSSESSION OF A PISTOL (FELONY)

 SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     5 YEARS
 MINIMUM TERM...................:    20 MONTHS
 DATE OF OFFENSE................: 04-24-1997




G0002      MORE PAGES TO FOLLOW . . .

```
 HOUAD          *        PUBLIC INFORMATION        *     10-20-2023
PAGE 009        *            INMATE DATA           *     07:49:37
                         AS OF 05-13-2005

REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                  RESP OF: OAK
                  PHONE..: 318-335-4070    FAX: 318-215-2688

--------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 11-08-2004 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010, 020 020

DATE COMPUTATION BEGAN..........: 05-24-2003
COMBINED SENTENCE PROCEDURE.....: DC OMNIBUS ADULT COMBINED SENTENCE
COMBINED TERMS IN EFFECT........:    5 YEARS
COMBINED TERMS IN EFFECT CONVERT:    5 YEARS
COMBINED MINIMUM TERM...........:   20 MONTHS
EARLIEST DATE OF OFFENSE........: 04-24-1997

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-24-1997    04-24-1997
                                    05-14-1997    09-23-1997

TOTAL JAIL CREDIT TIME..........: 134
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: N/A
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 01-09-2005
STATUTORY RELEASE DATE..........: 01-10-2008
PAROLE TWO THIRDS DATE..........: N/A
ELDERLY OFFENDER TWO THIRDS DATE: 05-12-2006
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 01-10-2008
TIME SERVED.....................:     2 YEARS     4 MONTHS     4 DAYS
PERCENTAGE OF FULL TERM SERVED..:  46.7
PERCENT OF STATUTORY TERM SERVED:  46.7




G0002        MORE PAGES TO FOLLOW . . .
```

```
HOUAD              *         PUBLIC INFORMATION              *      10-20-2023
PAGE 010           *              INMATE DATA                *      07:49:37
                              AS OF 05-13-2005
```

```
REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                   RESP OF: OAK
                   PHONE..: 318-335-4070    FAX: 318-215-2688

PAROLE EFFECTIVE................: 05-13-2005
PAROLE EFF VERIFICATION DATE....: 11-08-2004
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 05-13-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: JAF

DAYS REMAINING..................: 972
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```

```
 HOUAD          *         PUBLIC INFORMATION         *    10-20-2023
PAGE 011        *              INMATE DATA           *    07:49:37
                            AS OF 05-24-2003


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                 RESP OF: OAK


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-24-2003 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: PJM-97-0359
JUDGE...........................: MESSITTE
DATE SENTENCED/PROBATION IMPOSED: 12-30-1997
DATE COMMITTED..................: 03-16-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $1,080.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  551     18:2113 ROBBERY BANK
OFF/CHG: 18:2113(A)(F) BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    78 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 07-10-1997




G0002       MORE PAGES TO FOLLOW . . .
```

```
 HOUAD           *         PUBLIC INFORMATION         *      10-20-2023
PAGE 012 OF 012 *              INMATE DATA            *      07:49:37
                            AS OF 05-24-2003


REGNO..: 25100-016 NAME: NEAL, ELIJAH LEROY

                  RESP OF: OAK
                  PHONE..: 318-335-4070   FAX: 318-215-2688
 ---------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-22-2001 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 12-30-1997
TOTAL TERM IN EFFECT............:     78 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      6 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 07-10-1997

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     09-24-1997   12-29-1997

TOTAL PRIOR CREDIT TIME.........: 97
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 305
TOTAL GCT EARNED................: 305
STATUTORY RELEASE DATE PROJECTED: 05-24-2003
ELDERLY OFFENDER TWO THIRDS DATE: 01-23-2002
EXPIRATION FULL TERM DATE.......: 03-24-2004
TIME SERVED.....................:      5 YEARS       8 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.1
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 05-24-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CUM
ACTUAL SATISFACTION KEYED BY....: ELR

DAYS REMAINING..................: 305
FINAL PUBLIC LAW DAYS...........: 0




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment 2

# FSA Time Credit Assessment
Register Number:25100-016, Last Name:NEAL

**U.S. DEPARTMENT OF JUSTICE**                                           **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 25100-016           Responsible Facility: OAK
Inmate Name                              Assessment Date.....: 10-05-2023
  Last.............: NEAL                Period Start/Stop...: 12-21-2018 to 10-05-2023
  First............: ELIJAH              Accrued Pgm Days....: 0
  Middle...........: LEROY               Disallowed Pgm Days.: 0
  Suffix...........:                     FTC Towards RRC/HC..: 0
Gender.............: MALE                FTC Towards Release.: null
Start Incarceration: 02-02-2007          Apply FTC to Release: No
```

```
Start        Stop         Pgm Status    Pgm Days
12-21-2018   10-05-2023   ineligible    0
  FSA ineligible
    Facility  Category   Assignment    Start              Stop
    OAK       FSA        FTC INELIG    11-04-2022 1221    CURRENT
    OAK       FSA        INELIG AUT    12-17-2019 1310    CURRENT
--- FSA Assessment -----------------------------------------------------------------
#    Start       Stop        Status     Risk Assignment  Risk Asn Start     Factor
001  12-21-2018  01-18-2019  ACTUAL     FSA R-LW         04-28-2021 1644    10
002  01-18-2019  07-17-2019  ACTUAL     FSA R-LW         04-28-2021 1644    10
003  07-17-2019  01-13-2020  ACTUAL     FSA R-LW         04-28-2021 1644    15
004  01-13-2020  07-11-2020  ACTUAL     FSA R-LW         04-28-2021 1644    15
005  07-11-2020  01-07-2021  ACTUAL     FSA R-LW         04-28-2021 1644    15
006  01-07-2021  07-06-2021  ACTUAL     FSA R-LW         04-28-2021 1644    15
007  07-06-2021  01-02-2022  ACTUAL     FSA R-LW         04-28-2021 1644    15
008  01-02-2022  07-01-2022  ACTUAL     FSA R-LW         04-28-2021 1644    15
009  07-01-2022  12-28-2022  ACTUAL     FSA R-LW         05-17-2022 1009    15
010  12-28-2022  06-26-2023  ACTUAL     FSA R-LW         11-08-2022 1458    15
011  06-26-2023  12-23-2023  ACTUAL     FSA R-LW         05-09-2023 1120    15
```