UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ELIJAH NEAL**<br>**REG. # 25100-016** | **DOCKET NO. 23-cv-00853**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MARTINEZ** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner's pending Motion for Summary Judgment (doc. 12) and Motion to Expedite Review (doc. 22) be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in Chambers this 15th day of October, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE